UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cr-00224-JRS-MJD |
| | ) | |
| JAMES CRITTENDEN, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

The Parties appeared on December 20, 2023, before United States Magistrate Judge Kellie M. Barr for a hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on December 5, 2023, [dkt. 99], and the Supplemental Petition filed on December 11, 2023, [dkt. 103]. Defendant James Crittenden appeared in person and by counsel Joe Cleary of the Federal Community Defenders. Government represented by Assistant United States Attorney Adam Eakman. United States Probation Office represented by Travis Buehrer.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant of his rights and provided him with copies of the petitions. Defendant waived his right to a probable cause hearing.

    2.    After being placed under oath, Defendant admitted violation numbers 1, 2, and 3. [Dkt. 100.]

    3.    The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |

Mr. Crittenden submitted urine samples that tested positive for amphetamines, methamphetamine, cocaine and MDMA on May 16, 2023, amphetamines, methamphetamine, oxycodone, and oxymorphone on June 7, 2023, fentanyl and cocaine on September 7, 2023, fentanyl, opiates and cocaine on September 21, 2023, methamphetamine, fentanyl and cocaine on November 7, 2023, and fentanyl on November 16, 2023. All results were either admitted to or confirmed by laboratory testing.

2. **"You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods."**

Mr. Crittenden failed to appear for random urinalysis testing via the urine collection program at Take Back Control, LLC, on August 8, August 16, September 19, October 10, November 13, and November 21, 2023. On May 16, 2023, Mr. Crittenden reported for a urinalysis test with a pouch device attached to his body in an attempt to mask his drug screen. The probation officer administering his drug test saw the device and ordered Mr. Crittenden to remove same from his person for inspection.

3. **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.)."**

On November 8, 2023, without prior approval from the probation officer, Mr. Crittenden exited services with Meridian Health Systems where he was enrolled in the intensive outpatient treatment program for dual disorders to address his drug addiction and mental health concerns.

4. The Parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is V.

    (c)  The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months' imprisonment.

  5.  The Parties jointly recommended a sentence of 12 months and one day of imprisonment with the Bureau of Prisons, 2 years of supervised release to follow, with participation in a drug treatment program.

  The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the condition in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 months and one day with 2 years of supervised release to follow, with his participation in a drug treatment program while on supervised release. Upon release, Mr. Crittenden's Conditions of Release shall be modified to include:

1. You shall report to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.
2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.
3. You shall permit a probation officer to visit you at a reasonable time at home or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.
4. You shall not knowingly leave the judicial district without the permission of the court or probation officer.
5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in residence occupants, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

    JUSTIFICATION: Conditions 1-11 are administrative.

12. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

13. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

14. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

    JUSTIFICATION: Conditions 12-14 are required to address Mr. Crittenden's significant drug addiction.

15. You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician.

    JUSTIFICATION: Condition 15 is required to address Mr. Crittenden's significant history of mental illness.

16. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be

underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

JUSTIFICATION: Condition 16 is required to help ensure community safety due to Mr. Crittenden's history of violence and drug addiction.

17. You shall pay the costs associated with the following imposed conditions of supervised release, to the extent you are financially able to pay: substance abuse treatment, substance abuse testing, and mental health treatment. The probation officer shall determine your ability to pay and any schedule of payment.

JUSTIFICATION: Condition 17 is required to help increase Mr. Crittenden's participation in required treatment programs.

Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Magistrate Judge recommends placement at Federal Prison at Terre Haute.

The Parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The Parties waived the fourteen-day period to object to the Report and Recommendation.

**IT IS SO RECOMMENDED.**

Date: 12/21/2023

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Electronic Notice to USMS-C

Electronic Notice to USPO