UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:16-cr-00224-JRS-MJD |
| JAMES CRITTENDEN, | ) ) | -01 |
| Defendant. | ) ) | |

### REPORT AND RECOMMENDATION

On August 14, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on June 16, 2025. Defendant Crittenden appeared in person with his appointed counsel Dominic Martin. The government appeared by Adam Eakman, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Kristine Talley.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Crittenden of his rights and provided him with a copy of the petition. Defendant Crittenden orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Crittenden admitted violation numbers 1 and 2. [Docket No. 135.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not commit another federal, state, or local crime."** |

On June 10, 2025, Mr. Crittenden was arrested under Hamilton County, Indiana, cause number 29D04-2506-F6-004657, for two counts of Theft (felonies). Habitual Offender, a sentence enhancement was also filed. This case is pending.

According to the probable cause affidavit, on April 16, 2025, Mr. Crittenden allegedly took an iPhone that he found laying on the ground in the gym at the YMCA in Fishers, IN. The individual that reported the stolen iPhone is the father of the individual whose phone was taken. The father stated he arrived at the YMCA to pick his son up, went into the gym where his son was playing basketball, and observed the iPhone on the ground near a bench close to his son's gym bag. He then returned to his vehicle. When his son arrived at the car, he realized he did not have his cellular phone. His son went back inside, but was unable to locate his phone. He checked with the YMCA staff, and a phone had not been turned in. The father requested that the YMCA security footage be reviewed to identify who took his son's cellular phone. The security footage was reviewed and showed the defendant picking up and holding the cellular phone. Ultimately, the defendant exited the gym with the phone and without communicating with any staff present.

| | |
|---|---|
| 2 | **"You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods."** |

Mr. Crittenden failed to appear for random urinalysis testing at the U.S. Probation Office on May 9, 2025.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is V.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months' imprisonment.

   5. The parties jointly recommended a modification to the terms of supervised release to add a condition of a cognitive behavioral program, such as Moral Reconation Therapy (MRT), at the direction of the probation officer and to abide by the rules of the program.

  Defendant reviewed the above noted conditions with his attorney.

  The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

  The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 8/15/2025

                         Mario Garcia
                         United States Magistrate Judge
                         Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system